Entered on Docket
January 28, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: January 27, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

Prober & Raphael,
A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
U.S. Bank, NA, it Successors and/or Assigns
F.040-655

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>ANGELICA APOLINAR,<br><br>Debtor.<br><br>_____ | Bk. No. 09-41735<br><br>CHAPTER 13<br><br>R.S. No. DRP – 647<br><br>ORDER FOR RELIEF FROM <u>AUTOMATIC STAY</u><br><br>Hearing-<br>Date :January 22, 2010<br>Time : 10:00 a.m.<br>Place :  U.S. Bankruptcy Court<br>          1300 Clay Street, 2nd Floor<br>          Oakland, CA<br>          Courtroom 215 |

   The Motion for Relief from Automatic Stay of U.S. Bank, NA, it Successors and/or Assigns, its assignees and/or successors in interest, came on for hearing on January 22, 2010 at 10:00 a.m., before the Honorable Edward D. Jellen. Appearances are as set forth in the Court's docket.

1 | The Court after reviewing the pleadings and records, and after determining
2 | that GOOD CAUSE exists, makes the following Order:
3 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank, NA, it Successors and/or Assigns, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **1308 Portsmouth Street, Oakley, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER**

| | |
|---|---|
| 1 | <div align="center">COURT SERVICE LIST</div> |
| 2 | |
| 3 | Angelica Apolinar<br>1308 Portsmouth Street<br>Oakley, CA 94561 |
| 4 | Debtor |
| 5 | |
| 6 | Carl Gustafson, Esquire<br>Lincoln Law Center<br>2258 Monument Blvd. |
| 7 | Concord, CA  94523<br>Attorney for Debtor |
| 8 | |
| 9 | Martha G. Bronitsky<br>P. O. Box 5004 |
| 10 | Hayward, CA 94540-5004<br>Chapter 13 Trustee |
| 11 | |
| 12 | Office of the U.S. Trustee<br>1301 Clay Street, Room 690N |
| 13 | Oakland, CA 94612-5202 |
| 14 | Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100 |
| 15 | Woodland Hills, California 91364 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-3-